IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

EDWARD REDLUND,

    Plaintiff,

v.                                          CV 111-113

PETE ALEWINE POOL COMPANY,
INC.,

    Defendant.

# O R D E R

Presently pending before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. no. 38.) Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of April, 2013.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA